## CONSULTANT'S OPINION
## PURSUANT TO C.G.S., SECTION 52-190a

*[NOT SUBJECT TO GENERAL DISCLOSURE]*

Dear Mr. Ponvert:

Thank you for asking me to review the case of Ariana Sierzputowski. As you know, I am a registered nurse having been licensed to practice nursing after completing an accredited four year Bachelors of Science program. I received my license to practice as a registered nurse in the United States. For the past two years I have worked as the Head Nurse in a Pediatric office and as a camp nurse for the past three years during the summer months. I am familiar with the standard of care as it relates to nursing in 2011 in the United States.

I have read and reviewed the records of Ariana Sierzputowski from YMCA camp Mohawk, and I have received and reviewed additional information concerning Ms. Sierzputowski's condition and treatment at the camp. Ms. Sierzputowski is a 17 year female who attended the YMCA Camp Mohawk for Girls in Litchfield, CT from July 10, 2011 to August 6, 2011.

According to the medical records, Ariana Sierzputowski was evaluated by the camp nurse on four separate occasions; July 15, 2011, July 16, 2011, July 17, 2011 and July 19, 2011. The documentation includes symptoms of sore throat, nasal congestion and temperature of 99.4. It was brought to my attention that Ms. Sierzputowski saw the camp nurse, Marie Martone, and/or any other nursing staff on six additional days. She complained of congestion, sore throat, stuffy nose, headache and fatigue. Additional worsening symptoms included; muscle and joint pain, severe headaches, dizziness, chills, hot flashes with sweats and extreme fatigue.

In my opinion, there was a deviation from the accepted standard of nursing care. There is no documentation of the six additional health center visits. Additionally, the camp nurse, Marie Martone, and/or any other nursing staff, had an obligation to refer Ariana to a physician and to call her parents. Repeat visits to the nurse with ongoing unresolved symptoms require a plan of action and follow up care. Nurse Marie Martone and/or any other nursing staff did not follow the nursing process. Their breach in the standard of care prevented her physician and parents from having a clear picture of what was developing with Ariana as her symptoms progressed and worsened.

It is also my opinion that Nurse Marie Martone failed to recognize that Ariana's symptoms indicated the possibility of infection with Lyme disease and/or other insect borne bacterial co-infections. Her symptoms should have put a practioner on alert for a tick-borne disease. Marie Martone also failed to conduct a minimally adequate physical examination to identify and remove a tick. She also failed to recommend and encourage Ariana to do vigilant self-inspection. The failure to do these things was a departure from the standard of care.

It is my opinion that there is evidence of medical negligence on the part of Marie Martone and the YMCA Camp Mohawk. The opinion stated herein is based upon the information available to me at this time. Should other information and evidence become available, I reserve the right to supplement and/or amend this opinion.

| | |
|---|---|
| PETITION TO THE CLERK | SUPERIOR COURT |
| ARIANA SIERZPUTOWSKI, PPA ABBY HOROWITZ<br>Plaintiff, | JUDICIAL DISTRICT |
| Vs. | OF |
| YMCA CAMP MOHAWK, YMCA, LITCHFIELD COUNTY PEDIATRICS THEIR SERVANTS, AGENTS, EMPLOYEES AND ANY OTHER HEALTH CARE PROVIDERS YET TO BE DETERMINED.<br>Defendants. | LITCHFIELD<br><br>June 19, 2013 |

## PETITION FOR NINETY DAY EXTENSION OF STATUTE OF LIMITATIONS

Pursuant to Connecticut General Statutes Section 52-190a(b), the undersigned hereby petitions for the AUTOMATIC ninety (90) day extension of the Statute of Limitations regarding the course of treatment given to Ariana Sierzputowski in Litchfield County, Connecticut, to allow reasonable inquiry to determine that there was negligence in the care and treatment by **YMCA CAMP MOHAWK, YMCA, LITCHFIELD COUNTY PEDIATRICS THEIR SERVANTS, AGENTS, EMPLOYEES AND ANY OTHER HEALTH CARE PROVIDERS YET TO BE DETERMINED.**

The statute of limitations has yet to run.

COUNSEL FOR THE PETITIONER,

*Joel T Faxon*

JOEL T. FAXON
STRATTON FAXON
TRIAL LAWYERS LLC
59 Elm Street
New Haven, CT 06510
(203) 624-9500
(203) 624-9100
JURIS NO. 421593

## ORDER

The foregoing Petition having been presented to the Clerk of the Court pursuant to Connecticut General Statutes Section 52-190a(b), it is hereby ordered that the statute of limitations be extended for ninety (90) days.

BY THE COURT

*Asst.* Clerk

Dated at *Litchfield*, Connecticut, this *20th* day of *June*, 2013.