UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOROWITZ, et al., <br>     Plaintiffs, <br><br> v. <br><br> YMCA CAMP MOHAWK, INC., <br>     Defendant. | No. 3:13-cv-01458 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On September 1, 2015, I held a telephone conference on the record with counsel for plaintiffs Horowitz, et al. and defendant YMCA Camp Mohawk, Inc.  The purpose of the call was to resolve two discovery motions (doc. # 70, 74) and a motion for stay of trial (doc. # 76).

After discussion with the parties, I denied defendant's motion (doc. # 76) for stay of trial pending the resolution of a question certified to the Connecticut Supreme Court in *Munn v. The Hotchkiss School*, No. 14-2410-CV, 2015 WL 4604288 (2d Cir. Aug. 3, 2015).  Further, I denied as moot defendant's motion (doc. # 70) to compel production of Dr. Daniel Cameron's expert report, because the parties have informed me that the report has been produced.

Finally, with respect to defendant's motion (doc. # 74) to compel the continued deposition of Dr. Leo Shea, I informed the parties that Attorney Renee W. Dwyer is permitted to take the continued deposition of Dr. Shea, provided that she does not attempt to re-hash issues addressed during Dr. Shea's April 20, 2015 deposition.  I denied defendant's request for sanctions because the applicability of Fed. R. Civ. P. 30(c) is unclear under these circumstances.  I ordered the parties to split any cancellation fee that Dr. Shea may have charged for postponing his August 18, 2015 deposition.

It is so ordered.

Dated at Bridgeport, Connecticut, this 1st day of September 2015.

/s/ STEFAN R. UNDERHILL  
Stefan R. Underhill  
United States District Judge